■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARNOLD RICE, Appellant.— Appeal from a judgment of the County Court, Kings County, convicting appellant of burglary in the third degree and petit larceny, sentencing him to a term of 7 to 15 years on the burglary conviction, suspending sentence on the petit larceny conviction, and from said sentence. Judgment unanimously affirmed. No opinion. No separate appeal lies from the sentence, which has been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY RUSSO, Appellant.— Appeal from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of violations of section 483 of the Penal Law and sentencing him to serve three months, and from said sentence. Judgment reversed on the law and the facts, information dismissed, and bail exonerated. The evidence was insufficient to establish appellant's guilt beyond a reasonable doubt. No separate appeal lies from the sentence, which has been reviewed on the appeal from the judgment. Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TINDARO SIDOTI, Appellant.— Appeal from a judgment of a City Magistrate, holding a Court of Special Sessions of the City of New York, Borough of Queens, convicting appellant of book-making, from the sentence imposed, and from each and every intermediate order therein made. Appellant was sentenced to pay a fine of $25 or to serve five days. The fine was paid. Judgment reversed on the law and the facts, complaint dismissed, and fine remitted. In our opinion, the proof is insufficient to support the conviction (*People* v. *Richardson*, 287 N. Y. 563; *People* v. *Carpenito*, 292 N. Y. 498). No separate appeal lies from the sentence or from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELBERT TUCK, Appellant.— Appeal from an order of the Children's Court, Nassau County, adjudging appellant to be the father of a child born out of wedlock, and from an order of said court directing appellant to pay $10 a week for the support of the child and $5 a week on account of the hospital expenses of $133.90. Order of filiation unanimously affirmed, without costs. No opinion. Order of support modified by reducing the amount for the support of the child from $10 a week to $7 a week and by reducing the amount to be paid on account of the hospital bill from $5 to $2 a week. As so modified, order unanimously affirmed, without costs. On this record, the amounts of the weekly payments were excessive. Present — Nolan, P. J., Wenzel, Beldock, Hallinan and Kleinfeld, JJ.